# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TINAMARIE BARRALES, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br><br>   v.<br><br>NEWELL BRANDS INC.,<br><br>      Defendant. | Case No. 1:24-cv-03025-MLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tinamarie Barrales hereby voluntarily dismisses her claims and the above-captioned action without prejudice.

Respectfully submitted,

Date: December 16, 2024         **REESE LLP**

                  By:  */s/ George V. Granade*
                      George V. Granade
                      Georgia Bar No. 559603
                      8484 Wilshire Boulevard, Suite 515
                      Los Angeles, California 90211
                      Telephone: (310) 393-0070
                      Email: *ggranade@reesellp.com*

                      *Counsel for Plaintiff and the Proposed Class*

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1(C).

Date: December 16, 2024

By: _/s/ George V. Granade_
George V. Granade

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Date: December 16, 2024

By: _/s/ George V. Granade_
George V. Granade